IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LOGAN GORE                                                                PLAINTIFF

v.                                    No. 3:20-cv-230-DPM

DOE                                                                       DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Gore hasn't paid the filing fee, filed an application to proceed *in forma pauperis*, or filed an amended complaint; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2020