IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LOGAN GORE                                                                  PLAINTIFF

v.                             No. 3:20-cv-230-DPM

DOE                                                                         DEFENDANT

## JUDGMENT

Gore's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2020